Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                     Case No. 4:04CR00039-02 (RRB)

RAYMOND REICHMUTH

On July 1, 2005, the above-named was placed on probation for a period of three years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

The defendant has complied with conditions of probation, and paid in full the court ordered fine $5,000. It is accordingly recommended that Raymond Reichmuth be discharged from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this __12__ day of __June__, 20__06__.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge